J-S33007-17

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| ALAN ORTIZ, | |
| Appellant | No. 1590 MDA 2016 |

Appeal from the Judgment of Sentence Entered August 8, 2016
in the Court of Common Pleas of Berks County
Criminal Division at No(s): CP-06-CR-0005948-2014

BEFORE: BENDER, OTT, and STRASSBURGER,* JJ.　**FILED JULY 12, 2017**

CONCURRING AND DISSENTING MEMORANDUM BY STRASSBURGER, J.:

I agree with the learned Majority that the evidence was sufficient to support Appellant's convictions for multiple counts of aggravated assault. However, I believe that the imposition of consecutive terms of imprisonment is manifestly excessive under the circumstances presented here, and constitutes an abuse of the trial court's discretion. ***See e.g. Commonwealth v. Zirkle***, 107 A.3d 127, 134 (Pa. Super. 2014) (Strassburger, J., dissenting) (expressing concern about the "nearly unfettered discretion given to trial courts in imposing consecutive or concurrent sentences"). I am cognizant that Appellant herein was convicted of crimes against police officers and in no way condone this behavior. Nonetheless, I am troubled by the imposition of what is tantamount to a life sentence where Appellant did not cause actual injury to any of the victims.

*Retired Senior Judge assigned to the Superior Court.

Thus, because I believe the imposition of consecutive sentences to be an abuse of discretion in light of the criminal conduct at issue, I would vacate his judgment of sentence and remand for resentencing.